

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 3:19CR **122** |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a Convicted |
| JELANI A. JONES, | ) | Felon |
| | ) | (Count One) |
| Defendant. | ) | |
| | ) | |
| | ) | Forfeiture Allegation |
| | ) | |

September 2019 Term – at Richmond, Virginia

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of a Firearm by a Convicted Felon)

On or about May 18, 2019, in the Eastern District of Virginia, the defendant, JELANI A. JONES, having knowingly been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly possess firearms, namely: (1) a 9mm Ruger, Model SR9, semi-automatic pistol, bearing serial number 331-30088; and (2) a 9mm Ruger, Model P95DC, semi-automatic pistol, bearing an obliterated, altered, and removed serial number, that had been shipped and transported in interstate and foreign commerce. (In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2)).

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense charged in Count One of this Indictment, he shall forfeit any firearms or ammunition involved in or used in any knowing violation of the offense charged.

Property subject to forfeiture includes, but is not limited to:

(1) a 9mm Ruger, Model SR9, semi-automatic pistol, bearing serial number 331-30088;

(2) a 9mm Ruger, Model P95DC, semi-automatic pistol, bearing an obliterated serial number; and

(3) any accompanying ammunition.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c)).

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

FOREPERSON

G. ZACHARY TERWILLIGER
United States Attorney

By: _____
Kenneth R. Simon, Jr.
Assistant United States Attorney